# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 12, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129438(53)
129482(55)

RICHARD T. CLERC, Personal Representative of
the Estate of SARALYN M. CLERC, Deceased,
         Plaintiff-Appellee,

v

CHIPPEWA COUNTY WAR MEMORIAL
HOSPITAL,
         Defendant-Appellant,
and

ROBERT BAKER, M.D.,
         Defendant-Appellee.

SC: 129438
COA: 254940
Chippewa CC: 01-005641-NH

_____

RICHARD T. CLERC, Personal Representative of
the Estate of SARALYN M. CLERC, Deceased,
         Plaintiff-Appellee,

v

CHIPPEWA COUNTY WAR MEMORIAL
HOSPITAL,
         Defendant-Appellee,
and

ROBERT BAKER, M.D.,
         Defendant-Appellant.

SC: 129482
COA: 254940
Chippewa CC: 01-005641-NH

_____

On order of the Chief Justice, motions by defendant-appellant Banker and by plaintiff-appellee Clerc for extension of the time for filing their supplemental briefs are considered and they are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 12, 2006

_____
Clerk